| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | LISA M ELLERMANN |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | 21-14307 |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** The Huntington National Bank

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 1968 ___ ___ ___

**Date of payment change:**
Must be at least 21 days after date of this notice: 7/23/2024

**New total payment:**
Principal, interest, and escrow, if any: $ 428.72

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____     New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Average Daily Balance

   Current mortgage payment: $ 428.71     New mortgage payment: $ 428.72

Official Form 410S1     **Notice of Mortgage Payment Change**     page 1

| Debtor 1 | LISA M ELLERMANN | Case number (if known) 21-14307 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /S/ ANGELA MACFARLAN          Date 6/29/2024
  Signature

Print: ANGELA MACFARLAN          Title Bankruptcy Specialist
       First Name  Middle Name  Last Name

Company: The Huntington National Bank

Address: 5555 Cleveland Ave GW1N13
         Number       Street

         Columbus,              OH        43231
         City                   State     ZIP Code

Contact phone  1-888-632-5547          Email  bankruptcy@huntington.com



IN THE UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

| IN RE: | Case No. 21-14307 |
|---|---|
| Lisa M. Ellermann | Chapter 13 |
| Debtor(s) | Honorable Timothy A. Barnes |

CERTIFICATE OF SERVICE

The Huntington National Bank states and certifies that on 07/01/2024, it served a true and correct copy of the Notice of Mortgage Payment Change and this Certificate of Service, to be served upon the parties named below through U.S. Mail or by electronic notification via the Court's CM/ECF system:

VIA U.S. Mail:

- Lisa M. Ellermann, 5405 W. Agatite Avenue, Chicago, IL 60630

VIA ELECTRONIC NOTICE THROUGH ECF:
- Attorney: Arthur Czaja, arthur@czajalawoffices.com
- Trustee: Thomas H. Hooper, thomas.h.hooper@chicagoch13.com

Dated: 07/01/2024

Respectfully Submitted,

/s/ Angela MacFarlan

Bankruptcy Specialist
Huntington National Bank
5555 Cleveland Avenue GW1N10
Columbus, OH 43231
Contact Phone: 888-632-5547
Contact email: bankruptcy@huntington.com

[Type here]